UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DANIEL RODRIGUEZ,

                Plaintiff,                          JUDGMENT
v.                                                     23-CV-01188 (HG)

SA HOSPITALITY GROUP, LLC,

                Defendant.
------------------------------------------------------------ X

      An Order of Honorable Hector Gonzalez, United States District Judge, having been filed on June 6, 2023, denying the parties' motion to approve their proposed Consent Decree, see ECF No. 13; dismissing Plaintiff's claims in light of the parties' settlement; and directing the Clerk of Court to enter judgment and close this case; it is

      ORDERED and ADJUDGED that the parties' motion to approve their proposed Consent Decree, see ECF No. 13, is denied; that Plaintiff's claims are dismissed in light of the parties' settlement; and that this case is closed.

Dated: Brooklyn, NY                                               Brenna B. Mahoney
       June 8, 2023                                                Clerk of Court

                                                                    By: */s/Jalitza Poveda*
                                                                            Deputy Clerk